NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-577


JENNIFER HAMPTON

VERSUS

MICHAEL THOMAS, ROBERT BRIAN WEBB, ENTERPRISE LEASING
COMPANY, ABC INSURANCE COMPANY, DEF INSURANCE
COMPANY AND XYZ INSURANCE COMPANY

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-3762
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

**********

NED E. DOUCET, JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet , Jr., Chief Judge, Oswald A. Decuir, and Marc T.
Amy, Judges.

REVERSED AND REMANDED.

Shannon Virginia Lobell
Timothy Justin Young
1100 Poydras Street, #1515
New Orleans, LA 70163
Counsel for: Plaintiff-Appellant
        Jennifer Hampton

Keith Michael Borne
P. O. Box 4305
Lafayette, LA 70502-4305
Counsel for: Defendant-Appellee
        Safeway Insurance Company of Louisiana and Robert Brian Webb

**Donna P. Green**
**P. O. Box 17947**
**Hattiesburg, MS 39404-7947**
**Counsel for: Defendant-Appellee**
**Enterprise Leasing Co. of DFW**

**Staci Knox Villemarette**
**P. O. Box 53951**
**Lafayette, LA 70505-3951**
**Counsel for: Defendant-Appellee**
**State Farm Mutual Automobile Ins.**